**FILED**

04/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0025



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Case No. DA-22-0025

| | |
|---|---|
| MONTANA DEPARTMENT OF LABOR AND INDUSTRY, ex rel. William Ferguson, | ) **ORDER** ) ) ) |
| Petitioner and Appellee. | ) ) |
| vs. | ) |
| SHAWN CIELKE d/b/a SWEET RIDES LOGISTICS, | ) ) ) ) |
| Respondent and Appellant. | ) ) ) |

Pursuant to the authority granted under Montana Rule of Appellate Procedure 26(1), the deadline to complete the Mandatory Appellate Alternative Dispute Resolution process is May 4, 2022.

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 1 2022